No. 03–8073.  VALENTINE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–8074.  THOMAS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–8083.  SCHAFFNER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 03–8088.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–8089.  TIMMONS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–8099.  VEGA-REY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–8103.  OCEGUERRA-AGUIRRE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8105.  PENA-ORDONEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8106.  MAIBEN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–8109.  MOHAMMAD *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–8110.  MERCADO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–8112.  CORTEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–11004.  BROWN *v.* SEARS AUTOMOTIVE CENTER ET AL., *ante,* p. 848;

No. 03–349.  THWEATT *v.* ELECTRONIC DATA SYSTEMS CORP., *ante,* p. 1073;

No. 03–421.  SUDARSKY *v.* CITY OF NEW YORK, NEW YORK, ET AL., *ante,* p. 1047;

No. 03–506.  SPIERER ET UX. *v.* FEDERATED DEPARTMENT STORES, INC., ET AL., *ante,* p. 1074;

No. 03-570. SANGHVI ET AL. *v.* CITY OF CLAREMONT, CALIFORNIA, *ante,* p. 1075;

No. 03-578. GAINES *v.* WHITE RIVER ENVIRONMENTAL PARTNERSHIP ET AL., *ante,* p. 1050;

No. 03-5619. RICHARDSON *v.* FIRST AMERICAN TITLE INSURANCE CO. ET AL., *ante,* p. 983;

No. 03-6314. HAMBRICK *v.* STATE FARM FIRE AND CASUALTY INSURANCE, *ante,* p. 1020;

No. 03-6356. HADDAD *v.* HIGGINS ET AL., *ante,* p. 1021;

No. 03-6491. THORN *v.* FOYTIK ET AL., *ante,* p. 1053;

No. 03-6557. IN RE DUMONT, *ante,* p. 1045;

No. 03-6568. WANG *v.* HAWAII MEDICAL SERVICE ASSN., *ante,* p. 1055;

No. 03-6611. REED *v.* REID, WARDEN, ET AL., *ante,* p. 1009;

No. 03-6629. WARD *v.* HEAD, WARDEN, *ante,* p. 1056;

No. 03-6684. CARINES *v.* JAMROG, WARDEN, *ante,* p. 1058;

No. 03-6698. PAUL *v.* DEPARTMENT OF THE NAVY, *ante,* p. 1023;

No. 03-6709. ROBLES *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1058;

No. 03-6719. RIGSBY *v.* UNITED STATES, *ante,* p. 999;

No. 03-6726. SHAW *v.* UNITED STATES, *ante,* p. 999;

No. 03-6774. MORRISETTE *v.* VIRGINIA, *ante,* p. 1077;

No. 03-6848. TUPPER *v.* TUPPER, *ante,* p. 1079;

No. 03-6855. WANSING *v.* HINES, WARDEN, *ante,* p. 1091;

No. 03-6873. DAVIS *v.* HOLT, WARDEN, ET AL., *ante,* p. 1060;

No. 03-6903. CHALMERS *v.* UNITED STATES, *ante,* p. 1025;

No. 03-7203. CABE *v.* UNITED STATES, *ante,* p. 1067; and

No. 03-7342. HORNE *v.* UNITED STATES, *ante,* p. 1084. Petitions for rehearing denied.

JANUARY 28, 2004

No. 03A633 (03-8578). VICKERS *v.* JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.